United States District Court
Middle District of Florida
Jacksonville Division

JEANNA CANNAROZZO, NICOLE LOPEZ, AND AMY RICE, ON BEHALF OF THE NEMOURS FOUNDATION SECTION 403(B) PLAN, HIMSELF, AND ALL OTHERS SIMILARLY SITUATED,

    Plaintiffs,

v.                                  NO. 3:23-cv-136-BJD-LLL

THE NEMOURS FOUNDATION,

    Defendant.

_____

### Order Granting Motion for Special Admission

Before the Court is Defendant's Unopposed Motion to Admit Lindsey H. Chopin *Pro Hac Vice* and Incorporated Memorandum of Law. Doc. 26. Upon review, the motion is **granted**. Attorney Lindsey H. Chopin is permitted to appear *pro hac vice* on behalf of defendant and shall register with the Court's electronic case filing (ECF) system if she has not already done so.

**Ordered** in Jacksonville, Florida, on August 9, 2024.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Brandon J. Hill, Esquire
Amanda E. Heystek, Esquire
Luis A. Cabassa, Esquire
Marc Reed Edelman, Esquire
Adam R. Carlisle, Esquire
Howard Shapiro, Esquire
Lindsay Dennis Swiger, Esquire
Lindsey H. Chopin, Esquire
Michael Edward Holzapfel, Esquire