UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEANNA CANNAROZZO, NICOLE
LOPEZ, AND AMY RICE,

    Plaintiffs,

v.                                          Case No. 3:23-cv-136-BJD-LLL

THE NEMOURS FOUNDATION,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 39; Report), entered by the Honorable Laura Lothman, United States Magistrate Judge. In the Report, the Magistrate Judge considered Defendant's Motion to Dismiss (Doc. 30) and the briefing related thereto. Ultimately, the Magistrate Judge recommended that the Motion to Dismiss be denied. Defendant filed an objection (Doc. 40), to which Plaintiffs responded (Doc. 44).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).

If, on the other hand, a party files an objection, the district judge must conduct a <u>de novo</u> review of the portions of a magistrate judge's report and recommendation to which the party objects. <u>Kohser v. Protective Life Corp.</u>, 649 F. App'x 774, 777 (11th Cir. 2016); 28 U.S.C. § 636(b)(1); <u>see also</u> Fed. R. Civ. P. 72(b)(3) (on dispositive matters, "the district judge must determine <u>de novo</u> any part of the magistrate judge's disposition that has been properly objected to"). The Court reviews <u>de novo</u> the Magistrate Judge's proposed findings of fact and legal conclusions to which Defendant objected. 28 U.S.C. § 636(b)(1). After <u>de novo</u> review, the Report is due to be adopted.

Accordingly, after due consideration, it is

**ORDERED:**

    1.    Defendant's Objection to the Report (Doc. 40) is **OVERRULED**.

    2.    The Magistrate Judge's Report and Recommendation (Doc. 39) is **ADOPTED** as the opinion of the Court.

    3.    Defendant's Motion to Dismiss (Doc. 28) is **DENIED**.

**DONE** and **ORDERED** in Jacksonville, Florida this _26th_ day of March, 2025.

*[Signature: Brian J. Davis]*

BRIAN J. DAVIS
United States District Judge

2
Copies furnished to:

Counsel of Record
Unrepresented Parties