## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JEANNA CANNAROZZO,
NICOLE LOPEZ, and AMY RICE,

      Plaintiffs,

                                    Case No.:  3:23-cv-136-BJD-LLL

v.

THE NEMOURS FOUNDATION,

      Defendant.

_____/

### ORDER TO SHOW CAUSE

The parties are directed to **show cause** by a written response to be filed on or before **April 25, 2025**, why **sanctions** should not be imposed for their failure to file a Case Management Report within the time prescribed by Local Rule 3.02(b)(1).  The parties are cautioned that failure to respond to this order may result in **dismissal** of the action or the entry of **sanctions** without further notice.

      **DONE** and **ORDERED** in Jacksonville, Florida this  _11th_  day of April, 2025.

                                        _____
                                         BRIAN J. DAVIS
                                 United States District Judge

*Copies furnished to:*

Counsel of Record
*ap*