## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JEANNA CANNAROZZO, NICOLE
LOPEZ, and AMY RICE, on behalf
of The Nemours Foundation
Section 403(B) Plan, himself, and
all others similarly situated,

        Plaintiffs,

                                     Case No.:  3:23-cv-136-BJD-LLL

v.

THE NEMOURS FOUNDATION,

        Defendant.

_____/

### ORDER

**THIS MATTER** comes before the Court on the Joint Notice of Resolution (Doc. 53; Notice) filed on June 11, 2025.  In the Notice, the parties advise the Court that this case has been resolved.  See Notice at 1.

Accordingly, it is hereby

**ORDERED:**

1.    The Clerk of the Court is directed to terminate all pending motions and **ADMINISTRATIVELY CLOSE** this case pending further Order of the Court.

2.    The parties shall have until **August 11, 2025**, to file a joint stipulated form of final order or judgment or move this Court upon good cause to reopen the case.

3.    If the parties have not so stipulated or moved the Court by the **August 11, 2025** deadline, this case automatically will be dismissed without prejudice, and the Clerk shall **close** the file without further order of the Court.

**DONE** and **ORDERED** in Jacksonville, Florida this ___8th___ day of July, 2025.

_____
BRIAN J. DAVIS
United States District Judge

*Copies furnished to:*

Counsel of Record

*ap*